IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENITA DIXON,** *individually and on behalf of others similarly situated*,<br><br>    Plaintiff,<br>  v.<br><br>**LINCOLN UNIVERSITY,**<br><br>    Defendant. | CIVIL ACTION<br><br><br><br>NO. 24-1057-KSM |

## ORDER

**AND NOW**, this 10th day of September 2024, upon consideration of Defendant's Motion to Dismiss (Doc. No. 12) and Plaintiff's opposition thereto (Doc. No. 13) and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that Defendant's Motion is **DENIED.**

**IT IS SO ORDERED**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**