IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENITA DIXON,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **LINCOLN UNIVERSITY,** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 24-1057-KSM |

## ORDER

**AND NOW**, this 24th day of December, 2024, upon consideration of Plaintiff's motion to compel answers to interrogatories and deposition dates (Doc. No. 26), it is **ORDERED** that Plaintiff's motion is **GRANTED**. **IT IS FURTHERED ORDER** that Defendant shall serve its answers to interrogatories and provide the availability of Brenda A. Allen and Patricia A. Joseph for depositions by **Friday, January 3, 2025**.

    **IT IS SO ORDERED.**

                                                /s/ *Karen Spencer Marston*
                                                KAREN SPENCER MARSTON, J.