IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENITA DIXON,** *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **LINCOLN UNIVERSITY,** <br><br> Defendant. | CIVIL ACTION <br><br> NO. 24-1057-KSM |

# ORDER

**AND NOW**, this 1st day of April, 2025, it is **ORDERED** that the Court will hold oral argument on Plaintiffs' Unopposed Motion for Preliminary Class Action Settlement Approval (Doc. No. 36) on **May 6, 2025, at 1:00 p.m.** in Courtroom 16B of the United States District Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.