IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENITA DIXON**, *individually and on behalf of others similarly situated*, | CIVIL ACTION |
| Plaintiff, | NO. 24-1057-KSM |
| v. | |
| **LINCOLN UNIVERSITY**, | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on August 25, 2025, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Benita Dixon will move this Court on September 15, 2025 at 10:30 A.M. at the James A. Byrne United States Courthouse, Courtroom 16-B, 601 Market Street, Philadelphia, PA 19106, before the Honorable Karen Spencer Marston of the United States District Court for the Eastern District of Pennsylvania, for an Order under Federal Rules of Civil Procedure 23:

(1) Finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All Lincoln University students enrolled in the Spring 2020 Semester for at least one in-person class who did not withdraw by March 12, 2020 for whom any amount of tuition or fees was paid to Lincoln from any source other than a scholarship, grant, or tuition remission from Lincoln, and whose tuition and/or fees have not been fully refunded.

> Excluded from the settlement class are (i) any students who received full scholarships or tuition remission from Lincoln; (ii) Lincoln and its officers, trustees and their family members; and (iii) all persons who properly execute and file a timely opt-out request to be excluded from the Settlement Class.

1

(2) Confirming that the notice plan approved by the Court in its May 12, 2025, Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Plaintiff Benita Dixon as Settlement Class Representative; (4) finally appointing Nicholas A. Colella of Lynch Carpenter, LLP and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) entering the proposed final judgement; and (6) granting such other and further relief as may be just and appropriate.

Dated: August 25, 2025

Respectfully submitted,

*/s/ Nicholas A. Colella*
Nicholas A. Colella (PA 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
aalesandro@leedsbrownlaw.com

**Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                 */s/ Nicholas A. Colella*
                                                 Nicholas A. Colella