IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENITA DIXON,** *individually and on behalf of all others similarly situated*, | CIVIL ACTION |
| Plaintiff, | NO. 24-1057-KSM |
| v. | |
| **LINCOLN UNIVERSITY,** | |
| Defendant. | |

## ORDER

**AND NOW**, this 18th day of September, 2025, upon consideration of Plaintiff's unopposed motions for final approval of the class action settlement (Doc. No. 45) and for attorneys' fees, litigation expenses, and a service award (Doc. No. 44), the entire record in this matter, and after a final fairness hearing with the parties on September 15, 2025, the Court finds as follows:

1. The motion for final approval of the class action settlement (Doc. No. 45) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. The Court **CERTIFIES** the following settlement class pursuant to Federal Rules of Procedure 23(a) and 23(b)(3):

    a. All Lincoln University students enrolled in the Spring 2020 Semester for at least one in-person class who did not withdraw by March 12, 2020 for whom any amount of tuition or fees was paid to Lincoln from any source other than a scholarship, grant, or tuition remission from Lincoln, and whose tuition and/or fees have not been fully refunded.

    Excluded from the settlement class are (i) any students who received full scholarships or tuition remission from Lincoln; (ii) Lincoln and its officers,

trustees and their family members; and (iii) all persons who properly execute and file a timely opt-out request to be excluded from the Settlement Class.

3. Notice of the settlement agreement to the settlement class required by Federal Rule of Civil Procedure 23(e) has been provided in an adequate and sufficient manner, constitutes the best notice practicable under the circumstances, and satisfies due process and Rules 23(c)(2)(B) and 23(e).

4. The settlement agreement is **APPROVED** pursuant to Rule 23(e) because the Court finds that it is fair, reasonable and adequate to all class members.

5. The motion for approval of attorneys' fees, litigation expenses, and a service award (Doc. No. 44) is **GRANTED AS FOLLOWS**: The Court approves the payment to class counsel of $56,494.35 for attorneys' fees; $2,381.77 for class counsel's litigation expenses; and a $750 service award for Plaintiff Benita Dixon.

6. The settlement administrator, RG/2 Claims Administration LLC, shall distribute the settlement fund as set forth in the settlement agreement.

7. This matter is **DISMISSED WITH PREJUDICE**, but the Court will maintain jurisdiction over the enforcement of the settlement.

8. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.